IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LINDA BRUGGMAN-MILLER, Plaintiff, v. WAL-MART STORES, INC., Defendant. | CV-17-134-GF-BMM **ORDER** |

The Court has been informed by e-mail from the parties, dated January 10, 2018, that this case settled. Accordingly, **IT IS HEREBY ORDERED** that all deadlines in the case are **VACATED**. The parties shall file a stipulation for dismissal and submit to the undersigned a proposed order of dismissal on or before **February 10, 2018**, or show good cause for their failure to do so.

DATED this 10th day of January, 2018.

Brian Morris
United States District Court Judge