# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| LINDA BRUGGMAN-MILLER, | Case No. 4:17-cv-00134 |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| WAL-MART STORES INC., | |
| Defendant. | |

Having read the parties' Stipulation for Dismissal and good cause appearing, IT IS HEREBY ORDERED that the above-named case is DISMISSED WITH PREJUDICE, each party to bear their own costs and fees.

Dated this 21st day of February, 2018.

_____
Brian Morris
United States District Court Judge